# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| JOHNSON | CIVIL ACTION |
| VERSUS | 20-414-SDD-RLB |
| ST. HELENA SCHOOL DISTRICT | |

## RULING

The Court, after carefully considering the *Complaint*,[1] the record, the law applicable to this action, and the *Report and Recommendations*[2] of United States Magistrate Judge Richard L. Bourgeois, Jr., dated September 22, 2020, to which no objection has been filed, hereby approves the *Report and Recommendations* of the Magistrate Judge and adopts it as the Court's opinion herein.

**ACCORDINGLY**, the Plaintiff's *Complaint*[3] is hereby DISMISSED without prejudice for lack of subject matter jurisdiction.

**IT IS FURTHER ORDERED** that Plaintiff's *Motions to Proceed in forma pauperis*[4] are hereby DENIED as moot.

Signed in Baton Rouge, Louisiana the ~~19th~~ 20th day of October, 2020.

*Shelly D. Dick*
_____
**CHIEF JUDGE SHELLY D. DICK
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA**

---

[1] Rec. Doc. 1.
[2] Rec. Doc. 7.
[3] Rec. Doc. 1.
[4] Rec. Docs. 2 and 4.